

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2019

No. 04-18-00786-CR

The **STATE** of Texas,
Appellant

v.

Francisco Antonio **RODRIGUEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10047CR
Honorable Spencer W. Brown, Judge Presiding

# O R D E R

By order dated January 24, 2019, this appeal was abated to the trial court to allow the Honorable Spencer W. Brown to clarify whether his order dated October 15, 2018 applied to trial court cause number 10047CR. On February 7, 2019, a supplemental clerk's record was filed containing Judge Brown's order clarifying that his order dated October 15, 2018 applied to trial court cause number 10047CR. The appeal is REINSTATED on the docket of this court. The State's brief must be filed no later than thirty days from the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court